United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-10415-SDB |
| Mabel Edwards Watts | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2023 | Form ID: GASDEF | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mabel Edwards Watts, 248 S. Hulin Avenue, Tignall, GA 30668-2732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 07, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Huon Le | notices@chp13aug.org |
| John P. Wills | on behalf of Debtor Mabel Edwards Watts john@willslawfirmllc.com  WillsJR95808@notify.bestcase.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Mabel Edwards Watts,**  
   Debtor.

Case No.:   23−10415−SDB

Judge:   Susan D. Barrett

Chapter:   13

# DEFICIENCY NOTICE
## REQUIRING INDIVIDUAL DEBTOR TO FILE NECESSARY PAPERS

Pursuant to the Bankruptcy Code and Rules, the following documents are due by **June 16, 2023** <u>unless</u> otherwise noted below:

* Schedules A/B−J
* Summary of Assets and Liabilities (Official Form 106Sum)
* Declaration Concerning Schedules (Official Form 106Dec)
* Statement of Financial Affairs (Official Form 107)
* Chapter 13 Statement of Income and Calculation of Commitment Period (Official Form 122C−1)

Links to all Official Bankruptcy Forms, AO Director's Bankruptcy Forms, local rules, local forms, and instructions are available on the Court's website at www.gasb.uscourts.gov.

Failure to file the aforementioned documents by the date shown above will cause your case to be dismissed with prejudice without further notice.

*Lucinda Rauback, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **June 5, 2023**  
GASDEF [Rev. 09/22] CCB