**IT IS ORDERED as set forth below:**



**Date: June 27, 2024**

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

In re:                              )
                                    )        Chapter 13
MABEL EDWARDS WATTS,                )        Case No.: 23-10415-SDB
                                    )
            Debtor.                 )

## AMENDED ORDER APPROVING SETTLEMENT
## SDB (A) AND DISBURSEMENT OF FUNDS

The Motion to Approve Settlement and for Order for Approval of Fees and Disbursement of Funds coming before this Court, and it appearing that there are no objections by any party in interest to the settlement agreement and the proposed disbursement of the settlement proceeds; and it further appearing that same is reasonable and fair under the circumstances;

NOW THEREFORE, IT IS HEREBY ORDERED that the settlement amount of $6,000.00 agreed to by Debtor and Co-Owner/Borrower, Arthur Watts ("Co-Owner"), for claims regarding an alleged violation of the automatic stay is approved by this Court; and

IT IS FURTHER ORDERED that the settlement proceeds shall be disbursed as follows:

a.   $200.00 to Cleary, West & Huff, LLP for Special Counsel's reasonable attorney fees;

b.   $46.20 to the Chapter 13 Trustee for distribution of a 100% dividend to the allowed general unsecured claims and payment of the Trustee's fee associated therewith; and

c.   ~~$5,753.80~~ to Debtor and Co-Owner.
$4,553.80
SDB Ⓐ   **[END OF DOCUMENT]**

↑ SDB

*and the remaining $1200 held in trust by counsel pending further court order. Hearing will be held August 12, 2024 for the Court to further consider the disbursement of this $1,200.*  SDB

Presented by:

/s/ Charles W. Wills
Charles W. Wills
Attorney for Debtor
GA Bar No. 254329
Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100
charles@willslawfirmllc.com