**IT IS ORDERED as set forth below:**



Date: September 19, 2024

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| MABEL EDWARDS WATTS, | ) | Case No.: 23-10415-SDB |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING DISBURSEMENT OF REMAINING SETTLEMENT FUNDS

The Debtor having filed a Motion to Approve Settlement and for Order for Approval of Fees and Disbursement of Funds, and an Amended Order Approving Settlement and Disbursement of Funds, Doc. No. 63, being entered on June 27, 2024, approving the settlement amount of $6,000.00 and ordering a limited disbursement of the settlement proceeds with $1,200.00 of the settlement proceeds being held in trust by counsel pending further Court Order. After notice and hearing,

IT IS HEREBY ORDERED that the remaining settlement proceeds in the amount of $1,200.00 which are currently being held in trust by counsel shall be disbursed as follows:

a. $695.68 to the Chapter 13 Trustee, which the Chapter 13 Trustee shall disburse as follows:

   i. $69.57 to the Chapter 13 Trustee for payment of the Trustee's fee associated with said payment; and

   ii. $626.11 to the Wilkes County Tax Commissioner representing payment in full of Claim No. 4.

b. $504.32 to Debtor and Co-Owner/Borrower, Arthur Watts.

**[END OF DOCUMENT]**

Prepared by:

_/s/ Charles W. Wills_
Charles W. Wills
Attorney for Debtor
GA Bar No. 254329
Wills Law Firm, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100
charles@willslawfirmllc.com


No opposition by:

_/s/_
Attorney for Chapter 13 Trustee,
Huon Le
Joseph E. Mitchell, III
GA 513205